UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RENEE BONDS, | § | |
|     *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 4:10-CV-00336 |
| | § | |
| UNITED RECOVERY SYSTEMS, LP, | § | |
| et al., | § | |
|     *Defendants*. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' agreed stipulation of dismissal (Dkt. 13), this case is hereby dismissed with prejudice and without costs to any party.

Signed at Houston, Texas on September 27, 2010.

_____
Stephen Wm Smith
United States Magistrate Judge